# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., ) ) ) **Plaintiff,** ) ) v. ) ) UNITED STATES, ) ) **Defendant.** ) ) | Court No. 21-00246 |

## ORDER

Upon consideration of the Consent Motion to Intervene as of Right filed by the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.), it is hereby

**ORDERED** that the Consent Motion to Intervene as of Right is granted; and it is further

**ORDERED** that the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members are hereby designated as Defendant-Intervenors in this action.

_____
Judge

Dated: _____, 2021
  New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., ) ) ) **Plaintiff,** ) ) v. ) ) UNITED STATES, ) ) **Defendant.** ) ) | Court No. 21-00246 |

### CONSENT MOTION TO INTERVENE AS OF RIGHT

Pursuant to U.S. Court of International Trade ("USCIT") Rules 7(b) and 24(a), the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.) (hereinafter "Movants" or "Proposed Defendant-Intervenors") respectfully and timely move this Court for an Order granting Movants leave to intervene as of right as Defendant-Intervenors in the above-captioned action.

### I.  CONSENT OF THE PARTIES

This Motion is made following consultation with and consent of counsel to the Plaintiff Assan Aluminyum Sanayi ve Ticaret A.S. ("Plaintiff"), and counsel to Defendant, the United States. Specifically, on June 3, 2021, Joshua R. Morey, Esq. consulted with counsel to the parties to this action concerning this motion. Counsel for Plaintiff, Leah N. Scarpelli, Esq. indicated via email on June 4, 2021, that her client consents to the filing of this motion. Counsel for Defendant, the United States, Kyle S. Beckrich, Esq. indicated via e-mail on June 7, 2021 that the government consents to the filing of this motion.

## II. TIMELINESS

This Motion is timely pursuant to USCIT Rule 24(a)(3), as it is being filed within 30 days after the filing of Plaintiff's Complaint on May 21, 2021 (ECF No. 4).

## III. DISCUSSION

Pursuant to 28 U.S.C. § 2631(j), a party "who would be adversely affected or aggrieved by a decision in a civil action" pending in this Court may intervene as of right in that action brought under section 516A of the Tariff Act of 1930 ("the Act"), as amended, if that party is an "interested party" who was a "party to the proceeding in connection with which the matter arose." 19 U.S.C. § 1516a. Movants meet the statutory requirements for intervention as of right in this action.

For purposes of 28 U.S.C. § 2631(j)(1)(B), an "interested party" is defined as having "the meaning given such term in section 771(9) of the Tariff Act of 1930." 28 U.S.C. § 2631(k)(1). In turn, Section 771(9) of the Act provides that "interested party" means, *inter alia*, "a manufacturer, producer, or wholesaler in the United States of a domestic like product" or "a trade or business association a majority of whose members manufacture, produce, or wholesale a domestic like product in the United States." 19 U.S.C. § 1677(9)(C) & (E). The individual members of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of the domestic like product. Additionally, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group is a trade or business association, a majority of whose members manufacture, produce, or wholesale the domestic like product in the United States. Accordingly, Proposed Defendant-Intervenors are interested parties within the meaning of

sections 771(9)(C), (E) and 516A(f)(3) of the Act. *See* 19 U.S.C. § 1677(9)(C), (E); 19 U.S.C. § 1516a(f)(3).

Further, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members were parties to the proceeding before the United States Department of Commerce ("Commerce") that led to the determination being challenged in this action.[1]  The Complaint in this action challenges certain aspects of Commerce's final determination in the sales at less-than-fair-value ("LTFV") investigation of Common Alloy Aluminum Sheet ("CAAS") from Turkey. See ECF No. 4.  The notice of final determination was published in the Federal Register on March 8, 2021.  See Common Alloy Aluminum Sheet From Turkey: Final Affirmative Determination of Sales at Less Than Fair Value, 86 Fed. Reg. 13,326 (Dep't Commerce Mar. 8, 2021) ("Final Determination") and accompanying Issues and Decision Memorandum for the Final Affirmative Determination in the Less-Than-Fair-Value Investigation of Common Alloy Aluminum Sheet from Turkey, and Final Negative Determination of Critical Circumstances (Mar. 1, 2021).  On April 27, 2021, Commerce published the antidumping duty order.  See Common Alloy Aluminum Sheet From Bahrain, Brazil, Croatia, Egypt, Germany, India, Indonesia, Italy, Oman, Romania, Serbia, Slovenia, South Africa, Spain, Taiwan and the Republic of Turkey: Antidumping Duty Orders, 86 Fed. Reg. 22,139 (Dep't Commerce Apr. 27, 2021) ("AD Order").  Movants were interested parties in the antidumping duty investigations and participated actively through counsel.

---

1    During the Commerce Department's conduct of the investigation (i.e., in April 2020), one of the petitioning companies – Aleris Rolled Products Inc. – was sold to another petitioner, Novelis Corporation.  As a condition of the sale, the United States Department of Justice required that a portion of the assets of Aleris Rolled Products Inc. be sold.  Commonwealth Rolled Products Inc. is the name of the corporate entity that represents the sold off assets – and Commonwealth now operates a mill in Lewisport, KY that was previously owned and operated by Aleris.  Novelis Corporation owns the remainder of the assets in a corporation named Aleris Rolled Products, Inc.

Plaintiff in this action was a respondent in the antidumping investigation conducted by Commerce.  Plaintiff's Summons and Complaint make clear its intent to challenge certain aspects of the <u>Final Determination</u>.  As Petitioners and participants in the proceeding below, Movants have a strong interest in the continued enforcement of the antidumping duty order, as well as the appropriate calculation of dumping margins for Turkish producers and exporters of the subject merchandise.  As a result, Movants are parties that would be adversely affected by a ruling favorable to Plaintiff in this action.  Accordingly, pursuant to 28 U.S.C. § 2631(j)(1)(B), Movants are entities that "would be adversely affected or aggrieved" by the action now pending in this Court, and Movants are parties "to the proceeding in connection with which the matter arose."  Under Rule 24(a) of this Court's Rules and 28 U.S.C. § 2631(j)(1)(B), therefore, Movants have standing to intervene in this action as a matter of right.

\*    \*    \*

For the preceding reasons, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.), respectfully request that this Court grant this Consent Motion and allow them to intervene as Defendant-Intervenors in this civil action.

    Respectfully submitted,

/s/ John M. Herrmann
JOHN M. HERRMANN
PAUL C. ROSENTHAL
R. ALAN LUBERDA
JOSHUA R. MOREY
JULIA A. KUELZOW
jherrmann@kelleydrye.com
prosenthal@kelleydrye.com
aluberda@kelleydrye.com
jmorey@kelleydrye.com
jkuelzow@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.   20007
(202) 342-8488

KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Proposed Defendant Intervenors

Dated:  June 7, 2021

5