Form18-1

**Form 18**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Assan Aluminyum Sanayi ve Ticaret A.S.<br><br>                              Plaintiff,<br><br>   v.<br><br>United States<br><br>                              Defendant. | Court No. 21-00246<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

__John A. Gurtunca_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

☑     I am an attorney/consultant representing or retained on behalf of _Assan Aluminyum_ _Sanayi ve Ticaret A.S._ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

    _N/A_____     _N/A_____
       [Name of proceeding]                      [Case or investigation no.]

OR

Form18-2

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____   _____
    [Name of proceeding]                             [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ John A. Gurtunca
_____
 [Attorney or consultant]

ArentFox Schiff LLP
_____

1717 K St NW Washington, DC 20006
_____

(202) 857-6000
_____
 [Address and Telephone Number]

Date: July 8, 2022 _____

Form18-3

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00252 | Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group, Et Al., v. The United States | Assan Aluminyum Sanayi ve Ticaret A.S. |
| 21-00616 | Assan Aluminyum Sanayi Ve Ticaret A.S., v. The United States | Assan Aluminyum Sanayi ve Ticaret A.S. |
| 21-00618 | Aluminum Association of Trade Enforcement Working Group and Its Individual Members, Granges Americas Inc.; JW Aluminum Company; and Novelis Corporation, v. The United States | Assan Aluminyum Sanayi ve Ticaret A.S. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)