United States Court of International Trade
One Federal Plaza
New York, NY 10278



CHAMBERS OF
Gary S. Katzmann

March 1, 2023

Leah N. Scarpelli
ArentFox Schiff LLP
1717 K Street, NW
Washington, D.C. 20006

John M. Herrmann
Kelley Drye & Warren LLP
3050 K Street, NW, Ste. 400
Washington, D.C. 20007

Kyle S. Beckrich
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Re: <u>Assan Aluminyum Sanayi ve Ticaret A.S. v. United States</u>
Consol. Court No.: 21-00246

Dear Counselors:

It is my intention to issue the opinion in the above-captioned case as a redacted public document. The court has double-bracketed information that has been designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court by close of business on Tuesday, March 7, 2023 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

The court advises it considers all information contained in any public-facing document produced by the Commerce Department to be public. <u>Compare, e.g.</u>, Issues and Dec. Mem. for the Final Affirmative Determ. in the Less-Than-Fair-Value Investigation of Common Alloy Aluminum Sheet from Turkey, and Final Negative Determination of Critical Circumstances at 17 (Dep't Com. Mar. 1, 2021), P.R. 330 ("The record evidence shows that the affiliated company used to transport subject merchandise to the port for export, did not make a profit during the POI."), <u>with</u> Ass'n's Mem. of L. in Supp. of Mot. for J. on Agency R. at 26–27, Nov. 22, 2021, ECF No. 29 ("[T]he company

was not charging Assan arm's length prices, as it should have been [ profitable ] if it was charging Assan prices that [ covered Assan Lojistik's costs. ]").  Accordingly, the court treats the lack of profitability of Assan's otherwise unnamed affiliated freight service provider during the period of investigation as public information.  Please be mindful of this guidance as you prepare your responses.

      Thank you for your assistance.

                                                                             Sincerely,

                                                        */s/  Gary S. Katzmann*
                                                        Gary  S. Katzmann
                                                               Judge