Kelley Drye & Warren LLP

Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007

Tel: (202) 342-8400
Fax: (202) 342-8451

March 6, 2023

VIA CM/ECF

The Honorable Gary S. Katzmann
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:      **Assan Aluminyum Sanayi ve Ticaret A.S. v. United States, Consol. Court No. 21-00246**

Dear Judge Katzmann:

      On behalf of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members, Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc. ("Defendant-Intervenors") and in response to the Court's letter in the above-captioned action dated March 1, 2023, we have reviewed the confidential version of the Court's slip opinion. Upon review of the opinion, and based on the record below, we do not believe that any additional information should be redacted in the public version, nor do we believe that any information already in brackets should be un-redacted in the public version. As none of the information enclosed in double-brackets is the confidential information of Defendant-Intervenors, however, Defendant-Intervenors defer to the other parties whose confidential information is involved in this consolidated action.

March 6, 2023
Page 2

We appreciate the Court's attention to this matter. Please contact the undersigned with any questions regarding this submission.

                                                Respectfully submitted,

                                                JOHN M. HERRMANN
                                                PAUL C. ROSENTHAL
                                                JOSHUA R. MOREY
                                                JULIA A. KUELZOW
                                                KELLEY DRYE & WARREN LLP
                                                3050 K Street, N.W., Suite 400
                                                Washington, DC  20007
                                                (202) 342-8400

                                                Counsel to Defendant-Intervenors