ERRATA

<u>Assan Aluminyum Sanayi ve Ticaret A.S. v. United States</u>, Consol. Court No.: 21-00246, Slip Op. 23-26, dated March 1, 2023:

Page 2:    On line 4, replace "Ashlandre" with "Ashlande".


March 8, 2023.