**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., ) *Plaintiff*, ) v. ) UNITED STATES, ) *Defendant*, ) and ) ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP, *et al.,* ) *Defendant-Intervenors*. ) | Consol. Ct. No. 21-00246 |

## <u>NOTICE OF APPROPRIATIONS</u>

Pursuant to the Government's October 28, 2025 motion to stay, the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of yesterday, November 13, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ Rebecca T. Mitchell
REBECCA T. MITCHELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0467
E-mail:Rebecca.Mitchell@usdoj.gov

November 14, 2025

Attorneys for Defendant