IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant*, <br><br> and <br><br> ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP, *et al.*, <br><br> *Defendant-Intervenors*. | Consol. Ct. No. 21-00246 |

**ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Schedule, it is hereby:

**ORDERED** that this action shall proceed in accordance with the schedule limitations set forth below:

| Filing | Deadline |
|---|---|
| 1. Responses to comments on the remand redetermination | January 30, 2026 |

Date: _____, 2025  
New York, New York

_____  
Gary S. Katzmann, Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES,<br><br>   *Defendant*,<br><br>  and<br><br>ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP, *et al.*,<br><br>   *Defendant-Intervenors*. | Consol. Ct. No. 21-00246 |

## JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 165, dated October 28, 2025, the parties respectfully submit the following joint status report proposing revised deadlines with the Court following the restoration of appropriations to the Department of Justice and Department of Commerce.

### PROPOSED SCHEDULE

After consultation, the parties respectfully propose the following schedule:

| Filing | Deadline |
|---|---|
| 1. Response to comments on the remand redetermination | January 30, 2026 |

Respectfully Submitted,

**/s/ Jessica R. DiPietro**
Jessica R. DiPietro
Matthew M. Nolan
Christian L. Bush

ArentFox Schiff LLP
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 350-3622

*Counsel for Assan Aluminyum Sanayi ve Ticaret A.S.*


/s/ John M. Herrmann
JOHN M. HERRMANN
JOSHUA R. MOREY
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342 8400

*Counsel to Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and Its Individual Members, et al.*


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

2

| | |
|---|---|
| OF COUNSEL:<br>JONZACHARY FORBES<br>Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel For Trade<br>    Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230<br>Tel: (202) 779-0204<br>Email: JonZachary.Forbes@trade.gov | s/ Rebecca T. Mitchell<br>REBECCA T. MITCHELL<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel: (202) 616-0467<br>Email: Rebecca.Mitchell@usdoj.gov |
| November 17, 2025 | *Attorneys for Defendant* |